1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                         EASTERN DISTRICT OF CALIFORNIA

10

11                                ----oo0oo----

12   VERONICA MCLEOD, individually        No.  2:22-cv-00585 WBD JDP
     and as successor in interest
13   to decedent, DOLORES
     HERNANDEZ; AMADO HERNANDEZ,
14   individually and as successor
     in interest to decedent,
15   DOLORES HERNANDEZ; and YSIDRA
     REGALDO, individually,
16
                 Plaintiffs,
17
          v.
18
     CITY OF REDDING; GARRETT
19   MAXWELL, an individual; and
     DOES 1-10, inclusive,
20
                 Defendants.
21

22                                ----oo0oo----

23                      STATUS (PRETRIAL SCHEDULING) ORDER

24           After reviewing the parties' Joint Status Report, the

25   court hereby vacates the Status (Pretrial Scheduling) Conference

26   scheduled for August 1, 2022, and makes the following findings

27   and orders without needing to consult with the parties any

28
                                     1

1    further.

2    I.   SERVICE OF PROCESS

3              All named defendants have been served, and no further

4    service is permitted without leave of court, good cause having

5    been shown under Federal Rule of Civil Procedure 16(b).

6    II.  JOINDER OF PARTIES/AMENDMENTS

7              No further joinder of parties or amendments to

8    pleadings, including the joinder of any other officers as

9    defendants, will be permitted except with leave of court, good

10   cause having been shown under Federal Rule of Civil Procedure

11   16(b).  See Johnson v. Mammoth Recreations, Inc., 975 F.2d 604

12   (9th Cir. 1992).

13   III. JURISDICTION/VENUE

14             Jurisdiction is predicated upon 28 U.S.C. §§ 1331 and

15   1343(a), because plaintiffs assert claims for violations of

16   constitutional rights under 42 U.S.C. § 1983.  Pursuant to 28

17   U.S.C. § 1367, the court has supplemental jurisdiction over

18   plaintiffs' state law claims, which arise from the same course of

19   conduct as plaintiffs' federal claims.  Venue is undisputed and

20   hereby found to be proper.

21   IV.  DISCOVERY

22             The parties agree to serve the initial disclosures

23   required by Federal Rule of Civil Procedure 26(a)(1) on or before

24   August 19, 2022.

25             The parties shall disclose experts and produce reports

26   in accordance with Federal Rule of Civil Procedure 26(a)(2) by no

27   later than June 23, 2023.  With regard to expert testimony

28   intended solely for rebuttal, those experts shall be disclosed

2

1 | and reports produced in accordance with Federal Rule of Civil
2 | Procedure 26(a)(2) on or before July 21, 2023.

3 |       All discovery, including depositions for preservation
4 | of testimony, is left open, save and except that it shall be so
5 | conducted as to be completed by August 4, 2023.  The word
6 | "completed" means that all discovery shall have been conducted so
7 | that all depositions have been taken and any disputes relevant to
8 | discovery shall have been resolved by appropriate order if
9 | necessary and, where discovery has been ordered, the order has
10 | been obeyed.  All motions to compel discovery must be noticed on
11 | the magistrate judge's calendar in accordance with the local
12 | rules of this court and so that such motions may be heard (and
13 | any resulting orders obeyed) not later than August 4, 2023.

14 | V.   MOTION HEARING SCHEDULE

15 |       All motions, except motions for continuances, temporary
16 | restraining orders, or other emergency applications, shall be
17 | filed on or before August 28, 2023.  All motions shall be noticed
18 | for the next available hearing date.  Counsel are cautioned to
19 | refer to the local rules regarding the requirements for noticing
20 | and opposing such motions on the court's regularly scheduled law
21 | and motion calendar.

22 | VI.  FINAL PRETRIAL CONFERENCE

23 |       The Final Pretrial Conference is set for November 6,
24 | 2023, at 1:30 p.m. in Courtroom No. 5 or via videoconference.
25 | The Courtroom Deputy will notify the parties prior to the
26 | Conference whether it will be in person or via videoconference.
27 | The Conference shall be attended by at least one of the attorneys
28 | who will conduct the trial for each of the parties and by any

1   unrepresented parties.

2         Counsel for all parties are to be fully prepared for

3   trial at the time of the Pretrial Conference, with no matters

4   remaining to be accomplished except production of witnesses for

5   oral testimony.  Counsel shall file separate pretrial statements,

6   and are referred to Local Rules 281 and 282 relating to the

7   contents of and time for filing those statements.  In addition to

8   those subjects listed in Local Rule 281(b), the parties are to

9   provide the court with: (1) a plain, concise statement which

10  identifies every non-discovery motion which has been made to the

11  court, and its resolution; (2) a list of the remaining claims as

12  against each defendant; and (3) the estimated number of trial

13  days.

14        In providing the plain, concise statements of

15  undisputed facts and disputed factual issues contemplated by

16  Local Rule 281(b)(3)-(4), the parties shall emphasize the claims

17  that remain at issue, and any remaining affirmatively pled

18  defenses thereto.  If the case is to be tried to a jury, the

19  parties shall also prepare a succinct statement of the case,

20  which is appropriate for the court to read to the jury.

21  VII. TRIAL SETTING

22        The jury trial is set for January 9, 2024 at 9:00 a.m.

23  The parties estimate that the trial will last four to six days.

24  VIII.    SETTLEMENT CONFERENCE

25        A Settlement Conference with a magistrate judge will be

26  set at the time of the Pretrial Conference.  Counsel are

27  instructed to have a principal with full settlement authority

28  present at the Settlement Conference or to be fully authorized to

1  settle the matter on any terms.  At least seven calendar days

2  before the Settlement Conference counsel for each party shall

3  submit a confidential Settlement Conference Statement for review

4  by the settlement judge.  The Settlement Conference Statements

5  shall not be filed and will not otherwise be disclosed to the

6  trial judge.

7  IX.  MODIFICATIONS TO SCHEDULING ORDER

8          Any requests to modify the dates or terms of this

9  Scheduling Order, except requests to change the date of the

10  trial, may be heard and decided by the assigned Magistrate Judge.

11  All requests to change the trial date shall be heard and decided

12  only by the undersigned judge.

13          IT IS SO ORDERED.

14  Dated:  July 22, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

5