**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VERONICA MCLEOD, individually and as successor in interest to decedent, DOLORES HERNANDEZ; AMADO HERNANDEZ, individually and as successor in interest to decedent, DOLORES HERNANDEZ; and YSIDRA REGALDO, individually,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF REDDING; GARRETT MAXWELL, an individual; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:22-CV-0585-WBS-JDP<br><br>**ORDER GRANTING LEAVE TO FILE FIRST AMENDED COMPLAINT** |

### ORDER

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that the parties' Stipulation in Case No. 2:22-CV-0585-WBS-JDP is **GRANTED** and

---

ORDER RE: STIPULATION TO FILE FIRST AMENDED COMPLAINT

Plaintiffs are granted leave to file the Proposed First Amended Complaint, replacing Doe Defendant 1 with the name of Matthew Bruce.

Plaintiffs have ten (10) days from the date of this order to file a First Amended Complaint. Defendants' responsive pleading shall be due twenty-one (21) days from service of the First Amended Complaint.

**IT IS SO ORDERED.**

Dated: January 13, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE