# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA MCLEOD, individually and as successor in interest to decedent, DOLORES HERNANDEZ; AMADO HERNANDEZ, individually and as successor in interest to decedent, DOLORES HERNANDEZ; and YSIDRA REGALDO, individually,<br><br>Plaintiffs,<br>vs.<br><br>CITY OF REDDING; GARRETT MAXWELL, an individual; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:22-cv-00585-WBS-JDP<br><br>*Honorable William B. Shubb*<br>*Hon. Magistrate Jeremy D. Peterson*<br><br>**ORDER RE: STIPULATION AND REQUEST FOR ORDER TO MODIFY THE SCHEDULING ORDER** |

## ORDER

Having reviewed the parties' Stipulation and Request for Order to Modify the Scheduling Order and GOOD CAUSE appearing therefrom, IT IS HEREBY ORDERED that the Court's Scheduling Order be modified as follows:

| Event | Current Date/Deadline | New Date/ Deadline |
|---|---|---|
| Initial Expert Disclosures | June 23, 2023 | February 2, 2024 |
| Rebuttal Expert Disclosures | July 21, 2023 | March 21, 2024 |
| All Discovery Cutoff | August 4, 2023 | April 4, 2024 |
| All Motions Filing Deadline | August 28, 2023 | April 24, 2024 |
| Final Pretrial Conference | November 6, 2023 | July 1, 2024, 1:30 p.m. |
| Trial Date | January 8, 2024 | September 10, 2024, 9:00 a.m. |

**IT IS SO ORDERED**.

Dated:  June 27, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE