**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (Bar No. 144074)
dalekgalipo@yahoo.com
Hang D. Le, Esq. (Bar No. 293450)
hlee@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California, 91367
Telephone: (818) 347-3333
Facsimile: (818) 347-4118

**LAW OFFICE OF STEWART KATZ**
Stewart Katz, State Bar #127425
555 University Avenue, Suite 270
Sacramento, California 95825
Telephone: (916) 444-5678

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA MCLEOD, individually and as successor in interest to decedent, DOLORES HERNANDEZ; AMADO HERNANDEZ, individually and as successor in interest to decedent, DOLORES HERNANDEZ; and YSIDRA REGALDO, individually, <br><br>                    Plaintiffs,<br>vs.<br><br>CITY OF REDDING; GARRETT MAXWELL, an individual; and DOES 1-10, inclusive,<br><br>                    Defendants. | Case No. 2:22-cv-00585-WBS-JDP<br><br>*Honorable William B. Shubb*<br>*Hon. Magistrate Jeremy D. Peterson*<br><br>**STIPULATION AND REQUEST FOR ORDER TO MODIFY THE TRIAL SCHEDULE** |

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD**:

Plaintiffs VERONICA MCLEOD, individually and as successor in interest to decedent, DOLORES HERNANDEZ; AMADO HERNANDEZ, individually and as successor in interest to decedent, DOLORES HERNANDEZ; and YSIDRA REGALDO, individually ("Plaintiffs"), and Defendants CITY OF REDDING and GARRETT MAXWELL ("Defendants") (collectively "the Parties"), hereby submit this Stipulation and Request for an Order to Modify the Trial Schedule.

## STATEMENT OF GOOD CAUSE

1. On July 25, 2022, the Court issued a Scheduling Order (Dkt. No. 8) setting relevant date and deadlines, including a January 8, 2024 trial date.

2. On June 22, 2023, the Parties filed a Stipulation and Request for Order to Modify the Scheduling Order, requesting that the Court continue to case management dates in order to facilitate an early Settlement Conference. (*See* Dkt. No. 17.)

3. On June 27, 2023, the Court granted the Parties' Request to Modify the Scheduling Order and continued all case management dates, including the trial date from January 8, 2024 to September 10, 2024. (*See* Dkt. No. 18.)

4. On October 25, 2023, the Parties participated in a Settlement Conference before Magistrate Judge Jeremy D. Peterson. The case did not settle at that time and after discussions with Judge Peterson, the parties agreed to a further Settlement Conference, set for June 26, 2024. (*See* Dkt. No. 24.)

5. On April 2, 2024, the Calendar Unit for the United States Court of Appeals for the Ninth Circuit contacted Plaintiffs' counsel to schedule oral arguments in *Estate of Aguirre, et al. v. County of Riverside, et al.*, case no. 23-55718, for September 17, 2024 at 1:00 p.m. in San Francisco, California. The

current appeal is a "comeback case"[1] for which the original panel is specifically reconvening to hear oral arguments. The panel consists of Judge M. Margaret McKeown, who assumed senior status in September 2022, Judge Ronald M. Gould, and Judge Jane A. Restani, judge for the United States Court of International Trade, sitting by designation.

6. In the event that this case does not settle and moves forward with trial on September 10, 2024, Plaintiff's counsel Dale K. Galipo respectfully requests that the Court modify the current trial schedule in order to allow Plaintiff's counsel to appear for in-person oral arguments on September 17, 2024 in the *Estate of Aguirre* case. The Parties have met conferred on this issue and agree that there is good cause to modify the Court's trial schedule.

7. Accordingly, the Parties stipulate and jointly request that the Court designate September 17, 2024 as a "trial dark day" in order to allow Plaintiff's counsel to travel to San Francisco on September 17, 2024 for in-person oral arguments before the Ninth Circuit three-judge panel.

//
//
//
//
//

---

[1] The Ninth Circuit defines a "comeback case" as any "subsequent appeal[] from a district court case involving substantially the same parties and issues from which there previously had been a calendared appeal." Ninth Cir. General Order 1.12. The current *Estate of Aguirre* appeal is a second challenge to the district court's denial of qualified immunity to the involved sheriff's deputy after a jury trial in which the jury found in favor of the plaintiffs on their Fourth Amendment excessive force claim. The sheriff's deputy previously filed an interlocutory appeal challenging the district court's denial of qualified immunity on summary judgment. In a published opinion, the three-judge panel affirmed the district court's denial of qualified immunity. *See Estate of Aguirre v. Cnty of Riverside*, 29 F.4th 624 (9th Cir. 2022)

Respectfully submitted,

DATED: April 10, 2024 **LAW OFFICES OF DALE K. GALIPO**
**LAW OFFICE OF STEWART KATZ**


By  */s/ Hang D. Le*
       Dale K. Galipo
       Stewart Katz
       Hang D. Le
       Attorneys for Plaintiffs
       VERONICA MCLEOD, AMADO
       HERNANDEZ. and YSIDRA REGALDO


DATED: April 10, 2024 **ALLEN, GLAESSNER, HAZELWOOD**
**& WERTH, LLP**


By  */s/ Dale L. Allen, Jr. (as auth. 4/10/2024)*
       Dale L. Allen, Jr.
       Ameet D. Patel
       Attorneys for Defendants
       CITY OF REDDING and GARRET
       MAXWELL