# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA MCLEOD, individually and as successor in interest to decedent, DOLORES HERNANDEZ; AMADO HERNANDEZ, individually and as successor in interest to decedent, DOLORES HERNANDEZ; and YSIDRA REGALDO, individually,<br><br>      Plaintiffs,<br>  vs.<br><br>CITY OF REDDING; GARRETT MAXWELL, an individual; and DOES 1-10, inclusive,<br><br>      Defendants. | Case No. 2:22-cv-00585-WBS-JDP<br><br>*Honorable William B. Shubb*<br>*Hon. Magistrate Jeremy D. Peterson*<br><br>**[PROPOSED] ORDER RE: STIPULATION AND REQUEST FOR ORDER TO MODIFY THE TRIAL SCHEDULE** |

# [PROPOSED] ORDER

Having reviewed the parties' Stipulation and Request for Order to Modify the Trial Schedule and GOOD CAUSE appearing therefrom, IT IS HEREBY ORDERED that September 17, 2024 is a "trial dark day" for the purposes of the September 10, 2024 trial in this action.

**IT IS SO ORDERED**.

DATED:

_____
HON. WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE