# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA MCLEOD, individually and as successor in interest to decedent, DOLORES HERNANDEZ; AMADO HERNANDEZ, individually and as successor in interest to decedent, DOLORES HERNANDEZ; and YSIDRA REGALDO, individually,<br><br>　　　　　　　　　Plaintiffs,<br>　　vs.<br><br>CITY OF REDDING; GARRETT MAXWELL, an individual; and DOES 1-10, inclusive,<br><br>　　　　　　　　　Defendants. | Case No. 2:22-cv-00585-WBS-JDP<br><br>*Honorable William B. Shubb*<br>*Hon. Magistrate Jeremy D. Peterson*<br><br>**ORDER RE: STIPULATION AND REQUEST FOR ORDER TO MODIFY THE TRIAL SCHEDULE** |

# ORDER

Having reviewed the parties' Stipulation and Request for Order to Modify the Trial Schedule and GOOD CAUSE appearing, the court will accommodate Mr. Galipo's schedule and not require him to appear in this court on September 17, 2024.

**IT IS SO ORDERED**.

Dated:  April 10, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE