DALE L. ALLEN, JR., State Bar No. 145279
dallen@aghwlaw.com
AMEET D. PATEL, State Bar No. 343413
apatel@aghwlaw.com
ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, CA 94104
Telephone: (415) 697-2000
Facsimile: (415) 813-2045

Attorney for Defendant
CITY OF REDDING, GARRETT MAXWELL, AND
MATTHEW BRUCE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA MCLEOD, individually and as successor in interest to decedent, DOLORES HERNANDEZ; AMADO HERNANADEZ; individually and as successor in interest to decedent, DOLORES HERNANDEZ; and YSIDRA REGALDO, individually,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF REDDING; GARRETT MAXWELL, an individual; MATTHEW BRUCE, an individual; and DOES 2-10, inclusive,<br><br>Defendants. | Case No. 2:22-cv-00585-WBS-JDP<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, SUMMARY ADJUDICATION [F.R.C.P. 56]**<br><br>Hon. WILLIAM B. SHUBB<br><br>Date: June 10, 2024<br>Time: 1:30 p.m.<br>Ctrm: 5<br><br>Trial: September 10, 2024 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

On June 10, 2024 defendants CITY OF REDDING, GARRETT MAXWELL and MATTHEW BRUCE (collectively, "Defendants") Motion for Summary Judgment, or in the Alternative, Summary Adjudication, came on regularly for hearing in Department 5 of this Court. Allen, Glaessner, Hazelwood & Werth appeared as attorneys for Defendants and Law Offices of Dale K. Galipo appeared as attorneys for Plaintiffs VERONICA MCLEOD, AMADO HERNANDEZ and YSIDRA REGALDO, (collectively, "Plaintiffs").

After full consideration of the Parties' papers and supporting evidence, the Court finds that there is no triable issue of material fact and that defendants CITY OF REDDING, GARRETT MAXWELL and MATTHEW BRUCE are entitled to summary judgment, pursuant to Federal Rule of Civil Procedure 56. Plaintiffs lack sufficient evidence to prove their various causes of action and/or cannot overcome immunity.

The Court grants Defendants' motion in its entirety. Plaintiffs' First Amended Complaint is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Date: _____                    _____

                                        HON. WILLIAM B. SHUBB