DALE L. ALLEN, JR., State Bar No. 145279
dallen@aghwlaw.com
AMEET D. PATEL, State Bar No. 343413
apatel@aghwlaw.com
ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, CA 94104
Telephone:   (415) 697-2000
Facsimile:   (415) 813-2045

Attorney for Defendant
CITY OF REDDING, GARRETT MAXWELL, AND
MATTHEW BRUCE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA MCLEOD, individually and as successor in interest to decedent, DOLORES HERNANDEZ; AMADO HERNANADEZ; individually and as successor in interest to decedent, DOLORES HERNANDEZ; and YSIDRA REGALDO, individually,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF REDDING; GARRETT MAXWELL, an individual; MATTHEW BRUCE, an individual; and DOES 2-10, inclusive,<br><br>Defendants. | Case No. 2:22-CV-00585-WBS-JDP<br><br>**NOTICE OF MANUAL FILING/LODGING OF DIGITAL EXHIBIT IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, SUMMARY ADJUDICATION [F.R.C.P. 56]**<br><br>Hon. WILLIAM B. SHUBB<br><br>Date:   June 10, 2024<br>Time:   1:30 p.m.<br>Ctrm:   5<br><br>Trial:   September 10, 2024 |

PLEASE TAKE NOTICE THAT regarding Exhibit "C" and Exhibit "H" to the Declaration of Ameet D. Patel, filed concurrently with this notice, the ECF filing is in physical form only, and in place of Exhibit "C", a video file, and Exhibit "H," an audio file.

Plaintiffs are already in possession of the contents of this filing. For information on retrieving the filing directly from the Court, please see the court's webpage at www.caed.uscourts.gov.

/ / /

/ / /

1   The filing was not e-filed for the following reasons:

2   The files are a non-graphical/text; they are a video and audio file of the incident, copied

3  onto a CD.

Respectfully submitted,

Dated:  April 24, 2024

ALLEN, GLAESSNER,
HAZELWOOD & WERTH, LLP


By:  */s/ Ameet D. Patel*
DALE L. ALLEN, JR.
AMEET D. PATEL
Attorneys for Defendants
CITY OF REDDING, GARRETT
MAXWELL and MATTHEW BRUCE

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

656310.1