DALE L. ALLEN, JR., State Bar No. 145279
dallen@aghwlaw.com
AMEET D. PATEL, State Bar No. 343413
apatel@aghwlaw.com
ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, CA 94104
Telephone:	(415) 697-2000
Facsimile:	(415) 813-2045

Attorney for Defendant
CITY OF REDDING; GARRETT MAXWELL AND MATTHEW BRUCE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA MCLEOD, individually and as successor in interest to decedent, DOLORES HERNANDEZ; AMADO HERNANADEZ; individually and as successor in interest to decedent, DOLORES HERNANDEZ; and YSIDRA REGALDO, individually,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF REDDING; GARRETT MAXWELL, an individual; MATTHEW BRUCE, an individual; and DOES 2-10, inclusive,<br><br>Defendants. | Case No. 2:22-cv-00585-WBS-JDP<br><br>**NOTICE OF APPEARANCE BY AMEET D. PATEL** |

TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Ameet D. Patel of Allen, Glaessner, Hazelwood & Werth, LLP, 180 Montgomery Street, Ste 1200, San Francisco, CA 94104, telephone (415) 697-2000, facsimile (415) 813-2045, email address apatel@aghwlaw.com, hereby appears and joins as counsel of record for CITY OF REDDING, GARRETT MAXWELL, and MATTHEW BRUCE.

///

///

Copies of all pleadings and notices pertaining to the above-entitled matter should be forwarded to counsel at the following address:

>Ameet Patel
>Allen, Glaessner, Hazelwood & Werth LLP
>180 Montgomery Street, Ste 1200
>San Francisco, CA 94104

Respectfully submitted,

Dated: April 29, 2024

ALLEN, GLAESSNER,
HAZELWOOD & WERTH, LLP

By: _/s/ AMEET D. PATEL_
　　DALE L. ALLEN, JR
　　AMEET D. PATEL
　　Attorneys for Defendants
　　CITY OF REDDING; GARRETT
　　MAXWELL AND MATTHEW BRUCE