DALE L. ALLEN, JR., State Bar No. 145279
dallen@aghwlaw.com
AMEET D. PATEL, State Bar No. 343413
apatel@aghwlaw.com
ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, CA 94104
Telephone:  (415) 697-2000
Facsimile:  (415) 813-2045

Attorney for Defendant
CITY OF REDDING, GARRETT MAXWELL, AND MATTHEW BRUCE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA MCLEOD, individually and as successor in interest to decedent, DOLORES HERNANDEZ; AMADO HERNANADEZ; individually and as successor in interest to decedent, DOLORES HERNANDEZ; and YSIDRA REGALDO, individually, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF REDDING; GARRETT MAXWELL, an individual; MATTHEW BRUCE, an individual; and DOES 2-10, inclusive, <br><br> Defendants. | Case No. 2:22-cv-00585-WBS-JDP <br><br> **JOINT STIPULATION AND REQUEST FOR ORDER TO MODIFY THE BRIEFING SCHEDULE FOR DEFENDANTS' FILED MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, SUMMARY ADJUDICATION AND PROPOSED ORDER** <br><br> Hon. WILLIAM B. SHUBB <br><br> Date:  June 10, 2024 <br> Time:  1:30 p.m. <br> Ctrm:  5 <br><br> Trial:  September 10, 2024 |

**TO THE HONORABEL COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD**:

Plaintiffs VERONICA MCLEOD, individually and as successor in interest to decedent, DOLORES HERNANDEZ; AMADO HERNANDEZ, individually and as successor in interest to decedent, DOLORES HERNANDEZ; and YSIDRA REGALDO, individually ("Plaintiffs"), and Defendants CITY OF REDDING, GARRETT MAXWELL, and MATTHEW BRUCE ("Defendants") (collectively "the Parties"), hereby submit this Stipulation and Request for Order to Modify the Briefing Schedule for Defendants' Filed Motion for Summary Judgment, or in the

Alternative Summary Adjudication.

**STATEMENT OF GOOD CAUSE**

1. Defendants timely filed their Motion for Summary Judgment (or in the alternative, summary adjudication) pursuant to Rule 56 on April 24, 2024 (Dkt. No. 27 – "Motion for Summary Judgment").

2. Pursuant to Local Rule 230(c) and (d) (and Rule (a)(1)(C)), Plaintiffs' Opposition to Defendants' Motion for Summary Judgment (Plaintiffs' Opposition) is currently due on May 8, 2024, and Defendants' Reply to Plaintiffs' Opposition ("Defendants' Reply") is due on May 20, 2023.

3. Defense counsel (undersigned) has a pre-planned vacation from May 7, 2024, to May 14, 2024 and other non-case related pending motions, depositions, and hearings over the next two to three weeks. Accordingly, Defendants require additional time to prepare and file their Reply and are requesting an extension of the current filing deadline of May 20, 2023, for Defendants' Reply.

4. The Parties have met and conferred and have come to an agreement to extend the current filing deadline of May 20, 2023, for Defendants' Reply, to allow additional time to file Defendants' Reply. In exchange, Defendants agree to also allow Plaintiffs additional time to file Plaintiffs' Opposition and to extend the current filing deadline of May 8, 2023, for Plaintiffs' Opposition.

5. Defense counsel has provided a sworn declaration attesting to these aforementioned facts and provided additional information in support of this Stipulation.

6. Accordingly, the Parties hereby stipulate that there is good cause and jointly request that the Court enter an order modifying the briefing schedule for Defendants' Motion for Summary Judgment as follows:

Deadline to file Plaintiffs' Opposition from **May 8, 2024,** to **May 13, 2024**

Deadline to file Defendants' Reply from **May 20, 2024,** to **May 28, 2024**.

IT IS SO STIPULATED

/ / /

|    |                      |                                                                 |
|----|----------------------|-----------------------------------------------------------------|
| 1  |                      | Respectfully submitted,                                         |
| 2  | Dated:  May 6, 2024  | ALLEN, GLAESSNER,                                               |
| 3  |                      | HAZELWOOD & WERTH, LLP                                          |
| 4  |                      | By: _/s/Ameet D. Patel_____                                 |
| 5  |                      | DALE L. ALLEN, JR.<br>AMEET D. PATEL                            |
| 6  |                      | Attorneys for Defendants<br>CITY OF REDDING, GARRETT            |
| 7  |                      | MAXWELL, and MATTHEW BRUCE                                      |
| 8  |                      | Respectfully submitted,                                         |
| 9  | Dated:  May 3, 2024  | LAW OFFICES OF DALE K. GALIPO                                   |
| 11 |                      | By: _/s/Hang D. Le_____                                 |
| 12 |                      | DALE K. GALIPO<br>HANG D. LE<br>Attorneys for Plaintiffs        |

STIPULATION TO MODIFY MSJ
BRIEFING SCHDULE
2:22-CV-00585-WBS-JDP

3

658035.1

## **[PROPOSED] ORDER**

Good cause appearing, the parties' Stipulation to Modify the Briefing Schedule for Defendants' Motion for Summary Judgment (Dkt. No. 27) is GRANTED, and the scheduling order is hereby modified as set forth in the stipulation.

**IT IS SO ORDERED.**

Dated: _____

_____
HONORABLE WILLIAM B. SHUBB