DALE L. ALLEN, JR., State Bar No. 145279
dallen@aghwlaw.com
AMEET D. PATEL, State Bar No. 343413
apatel@aghwlaw.com
ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, CA 94104
Telephone:     (415) 697-2000
Facsimile:      (415) 813-2045

Attorney for Defendant
CITY OF REDDING, GARRETT MAXWELL, AND
MATTHEW BRUCE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA MCLEOD, individually and as successor in interest to decedent, DOLORES HERNANDEZ; AMADO HERNANADEZ; individually and as successor in interest to decedent, DOLORES HERNANDEZ; and YSIDRA REGALDO, individually,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF REDDING; GARRETT MAXWELL, an individual; MATTHEW BRUCE, an individual; and DOES 2-10, inclusive,<br><br>Defendants. | Case No. 2:22-cv-00585-WBS-JDP<br><br>**DECLARATION OF AMEET PATEL IN SUPPORT OF JOINT STIPULATION AND REQUEST FOR ORDER TO MODIFY THE BRIEFING SCHEDULE FOR DEFENDANTS' FILED MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, SUMMARY ADJUDICATION AND PROPOSED ORDER**<br><br>Hon. WILLIAM B. SHUBB<br><br>Date:   June 10, 2024<br>Time:   1:30 p.m.<br>Ctrm:   5<br><br>Trial:    September 10, 2024 |

I, AMEET D. PATEL, declare as follows:

1.     I am an attorney at law and duly licensed to practice before all courts of the State of California and before the United States District Court for the Eastern District of California. I am an attorney with the law firm of Allen, Glaessner, Hazelwood & Werth, attorneys of record for Defendants CITY OF REDDING, GARRETT MAXWELL, and MATTHEW BRUCE ("Defendants").

///

618430.1

2. I have personal knowledge of the following facts and could testify competently to them.

3. Defendants timely filed their Motion for Summary Judgment (or in the alternative, summary adjudication) pursuant to Rule 56 on April 24, 2024 (Dkt. No. 27 – "Motion for Summary Judgment").

4. Pursuant to Local Rule 230(c) and (d) (and Rule (a)(1)(C)), Plaintiffs' Opposition to Defendants' Motion for Summary Judgment (Plaintiffs' Opposition) is currently due on May 8, 2024, and Defendants' Reply to Plaintiffs' Opposition ("Defendants' Reply") is due on May 20, 2023.

5. I have a pre-planned vacation from May 7, 2024, to May 14, 2024, and other non-case related pending motions, depositions, and hearings over the next two to three weeks. Accordingly, I require additional time to prepare and file Defendants' Reply and am requesting an extension of the current filing deadline of May 20, 2023, for Defendants' Reply.

6. I met and conferred with Plaintiffs' counsel (Hang D. Le) regarding my scheduling conflicts with the current briefing schedule for Defendant's Motion for Summary Judgment. She and I have come to an agreement to extend the current filing deadline of May 20, 2023, for Defendants' Reply, to allow additional time to file Defendants' Reply. In exchange, Defendants agree to also allow Plaintiffs additional time to file Plaintiffs' Opposition and to extend the current filing deadline of May 8, 2023, for Plaintiffs'.

7. Opposing counsel ultimately stipulated to extend the deadline to file Plaintiffs' Opposition from **May 8, 2024,** to **May 13, 2024,** and to extend the deadline to file Defendants' Reply from **May 20, 2024,** to **May 28, 2024**.

8. Lastly, the modifications suggested in the parties' joint stipulation will ensure that neither party is prejudiced and that all parties have sufficient time to prepare and file their respective pleadings.

/ / /

/ / /

/ / /

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

618430.1

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct. Executed on May 3, 2024, at Dublin, California.

Dated: May 6, 2024

Respectfully submitted,

ALLEN, GLAESSNER,
HAZELWOOD & WERTH, LLP

By: */s/Ameet D. Patel*
DALE L. ALLEN, JR.
AMEET D. PATEL
Attorneys for Defendants
CITY OF REDDING, GARRETT MAXWELL, and MATTHEW BRUCE