**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (Bar No. 144074)
dalekgalipo@yahoo.com
Hang D. Le, Esq. (Bar No. 293450)
hlee@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California, 91367
Telephone: (818) 347-3333
Facsimile: (818) 347-4118

**LAW OFFICE OF STEWART KATZ**
Stewart Katz, State Bar #127425
555 University Avenue, Suite 270
Sacramento, California 95825
Telephone: (916) 444-5678

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA MCLEOD, individually and as successor in interest to decedent, DOLORES HERNANDEZ; AMADO HERNANDEZ, individually and as successor in interest to decedent, DOLORES HERNANDEZ; and YSIDRA REGALDO, individually, <br><br> Plaintiffs, <br> vs. <br><br> CITY OF REDDING; GARRETT MAXWELL, an individual; MATTHEW BRUCE, an individual; and DOES 2-10, inclusive, <br><br> Defendants. | Case No. 2:22-cv-00585-WBS-JDP <br><br> *Honorable William B. Shubb* <br> *Hon. Magistrate Jeremy D. Peterson* <br><br> **DECLARATION OF HANG D. LE** |

# DECLARATION OF HANG D. LE

I, Hang D. Le, declare as follows:

1. I am an attorney duly licensed to practice law in the State of California and the Eastern District of California. I make this declaration in support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgment or in the Alternative Summary Adjudication. I have personal knowledge of the facts contained herein and could testify competently thereto if called.

2. Attached hereto as "**Exhibit 1**" is a true and correct copy of the relevant portions of the January 19, 2023 Deposition of Garret Maxwell.

3. Attached hereto as "**Exhibit 2**" is a true and correct copy of the relevant portions of the December 4, 2020 Statement of Garret Maxwell for Internal Affairs Investigation 20-0033.

4. Attached hereto as "**Exhibit 3**" is a true and correct copy of the relevant portions of the April 27, 2023 Deposition of Matthew Bruce.

5. Attached hereto as "**Exhibit 4**" is a true and correct copy of the relevant portions of the December 4, 2020 Statement of Matthew Bruce to County of Shasta Sheriff's Office detectives.

6. Attached hereto as "**Exhibit 5**" is a true and correct copy of photographs taken of Matthew Bruce's injuries at the hospital after the incident.

7. Attached hereto as "**Exhibit 6**" is a true and correct copy of the relevant portions of the February 15, 2024 Deposition of Aiden Phillips.

8. Attached hereto as "**Exhibit 7**" is a true and correct copy of the relevant portions of the February 27, 2024 Deposition of Richard Bell.

9. Attached hereto as "**Exhibit 8**" is a true and correct copy of the relevant portions of the February 22, 2024 Deposition of Jennifer Hoberg.

10. Attached hereto as "**Exhibit 9**" is a true and correct copy of the Shasta County Sheriff Report of Autopsy of Dolores Hernandez.

//

//

//

1  I declare under penalty of perjury under the laws of the State of California and the United
2  States of America that the foregoing is true and correct. Executed this 13th day of May 2024 in
3  Woodland Hills, California.

_____
Hang Le