# Exhibit 4

**INTERVIEW WITH MATTHEW BRUCE**
**JH=Det. Josh Hambly**
**NW=Inv. Nick Weaver**
**MB=Ofc. Matthew Bruce**

JH: All right so, um, you know, obviously we just - you know, we just met but, ah, you know, I'm Josh Hambly, Detective with the Sheriff's Office. Um, we want to talk today about, um, the, um, incident that occurred at MOD Pizza, ah, what would that be, two days ago now? The 2nd - the 2nd. Um, so we'll start off with, um, you know, your training experience, ah, prior agency, how long you've been here and all that kinda stuff, and we'll kinda progress from there. Does that sound good?

MB: Yep.

JH: Do you have any questions before we start?

MB: Nope.

JH: Okay. Um, so, ah, first off, ah, what's your name? What's your current title? And how long have you, ah, been employed at the Redding Police Department?

MB: My name is Matthew Bruce. Um, my current title is, um, Police Officer with the City of Redding. Ah, I've been employed with the City of Redding for two years. Um, prior to that I was, ah, employed by the Riverside County Sheriff's Department, um, for 12 years so - I think that's right. And, ah, I've been a sworn Peace Officer in the State of California for the whole time, full time.

JH: All right. Ah, what assignment did you have at Riverside?

MB: Ah, Patrol, um, mostly and also Corrections.

JH: Okay. Um, what academy did you go to?

MB: Ah, the Riverside County Sheriff's Department has their own acada- POST certified academy, so...

INTERVIEW WITH MATTHEW BRUCE
Interviewer: Det. Josh Hambly
Case # 20S038084
Page 8

| | | |
|---|---|---|
| 316 | JH: | Okay. |
| 318 | MB: | So I - I - I wasn't blocking anybody. That was the whole point of why I parked there 'cause anyone who was at the pizza place or at the - at the ice cream shop or whatever, could easily back out and leave. And, um - instead of trying to find a parking space and all that stuff. |
| 323 | JH: | Okay. And so, um, you - so you park, you get out, you, ah - it's obvious to you, you know, why you're there or what - what car you're there to contact. Um, did you see her? Where was she at? |
| 327 | MB: | She was in the driver's seat. |
| 329 | JH: | And did you - did you see her when you got there? |
| 331 | MB: | Yes. |
| 333 | JH: | Did you see her sitting - sitting in the driver's seat? |
| 335 | MB: | Yep. |
| 337 | JH: | Did you recognize her? |
| 339 | MB: | No. |
| 341 | JH: | Have you ever had contact with her before? |
| 343 | MB: | Never. |
| 345 | JH: | Um, are you aware of who she is now? |
| 347 | MB: | No. |
| 349 | JH: | Okay. So you've never - you never had contact with her, never dealt with her, don't know anything about her, her history or anything like that? |
| 352 | MB: | Nope. |
| 354 | JH: | Okay. Um, and then I think I already asked this question but just to make sure, did you - did you talk to anybody prior to trying to make contact with her? |
| 357 | MB: | I did not. |
| 359 | JH: | Okay. Um, how did you approach her car? |

INTERVIEW WITH MATTHEW BRUCE
Interviewer: Det. Josh Hambly
Case # 20S038084
Page 9

| | | |
|---|---|---|
| 361 | MB: | I exited my vehicle. And then, ah, just walked up towards the business and |
| 362 | | then I pulled alongside her - her car. Stood at the B pillar. |
| 363 | | |
| 364 | JH: | Okay. |
| 365 | | |
| 366 | MB: | And then just knocked on her window. |
| 367 | | |
| 368 | JH: | Okay. Do you remember what you - what you asked her or what you said to |
| 369 | | her? |
| 370 | | |
| 371 | MB: | I had to knock several times 'cause she was kind of just staring down at, like, |
| 372 | | the dash of her car. |
| 373 | | |
| 374 | JH: | Mm-hm. |
| 375 | | |
| 376 | MB: | Um, so she wasn't paying attention. So I knocked I'd say three times. And I |
| 377 | | shined my flashlight into her car to get her attention. |
| 378 | | |
| 379 | JH: | Mm-hm. |
| 380 | | |
| 381 | MB: | And so she turned her radio down and then cracked her window about 2 |
| 382 | | inches. And I said, um, what's goin' on? And, um, she specifically - she said, |
| 383 | | "I'm not doing anything. Ah, you don't have the - you don't have the right or |
| 384 | | authority to speak with me." |
| 385 | | |
| 386 | JH: | Okay. Um, what - at that point what was your - what was going through your |
| 387 | | | mind? Or what was your thought process when she had that, you know, |
| 388 | | staring at the dash. Did you think that she was ignoring you? Or did you - do |
| 389 | | you legitimately think that she didn't realize you were there? |
| 390 | | |
| 391 | MB: | Um, it's hard to tell. Um, I don't think she was ignoring me because as soon |
| 392 | | as I shined my flashlight her head came up and she turned and she - she |
| 393 | | looked like she was just staring off into oblivion to - I mean, just, like - if you |
| 394 | | can imagine, instead of, like, looking up, like, she was looking into a store, |
| 395 | | she was looking down into her dash, almost, like, with her head on the |
| 396 | | steering wheel kind of thing. |
| 397 | | |
| 398 | JH: | Okay. Um, ah, so she said that you didn't have the authority to talk to her or, |
| 399 | | um - what did - what did you say back to her? What was your response to |
| 400 | | that? |
| 401 | | |
| 402 | MB: | I - I told her that, um, she wasn't in any kind of trouble. I was just there to talk |
| 403 | | to her and find out what's goin' on. |
| 404 | | |
| 405 | JH: | Okay. Did she tell you what was going on? |

| | | |
|---|---|---|
| 451 | JH: | Ah, did she give you her driver's license? |
| 452 | | |
| 453 | MB: | No. She said, um, "You don't have the right to ask me, and I don't have to |
| 454 | | give you shit." |
| 455 | | |
| 456 | JH: | Okay. Um, at that point what was going through your - your mind as the call |
| 457 | | was progressing? |
| 458 | | |
| 459 | MB: | Well she was - she was really agitated. And, um, I was - I was kinda blown |
| 460 | | away by her - her statement, um, when she referred to me as a murderer and, |
| 461 | | um, saying that'd I'd be brought to justice before Jesus Christ. And, um, I - I |
| 462 | | just - I knew something wasn't right, you know? I - I knew that she was not in |
| 463 | | her right mind and that, um, this just definitely wasn't a good situation. Um, |
| 464 | | and I knew that she was becoming increasingly agitated towards me. |
| 465 | | |
| 466 | JH: | Mm-hm. |
| 467 | | |
| 468 | MB: | Um, as the more time that we spent, the more she would kind of, um - the - |
| 469 | | the facial expressions she was making were very, like, angry. And she was |
| 470 | | talking so hard at me that she was literally s- spit was hitting the window. And |
| 471 | | she was gripping the steering wheel. And I could just tell that I was agitating |
| 472 | | her. |
| 473 | | |
| 474 | JH: | Mm-hm. |
| 475 | | |
| 476 | MB: | So I asked her for her identification. She told me that she didn't have to, um - |
| 477 | | she didn't have to - I didn't have the right to ask her and that she wasn't gonna |
| 478 | | give me shit. And I told her, "You're driving a vehicle in the State of |
| 479 | | California and I have the authority to verify your ability to drive." |
| 480 | | |
| 481 | JH: | Mm-hm. |
| 482 | | |
| 483 | MB: | And she said, "I'm not driving, I'm in a parking lot." |
| 484 | | |
| 485 | JH: | Do you remember, was the car running at that point? |
| 486 | | |
| 487 | MB: | Yes. |
| 488 | | |
| 489 | JH: | Okay. |
| 490 | | |
| 491 | MB: | Ah, lights were on. Her foot was on - on - on the - the brake. Um, it was in |
| 492 | | park at that point. Um, but it was on, running, headlights on. |
| 493 | | |
| 494 | JH: | Okay. Um, so what happened after that? |
| 495 | | |

| | | |
|---|---|---|
| 496<br>497<br>498<br>499 | MB: | She, um - after I told her that I do have the authority to verify her, ah, ability to drive, she told me, "Fuck you," and then rolled up her window and threw the car into reverse. |
| 500<br>501<br>502<br>503 | JH: | Okay. Um, at that point, did you notice anything about her that made you think that she might not be able to drive? Or that she may be dangerous if she was driving? |
| 504<br>505<br>506 | MB: | Obviously her - her agitated state and then her, um - she just - not being of right mind. |
| 507<br>508 | JH: | Mm-hm. |
| 509<br>510<br>511<br>512<br>513<br>514<br>515<br>516<br>517 | MB: | Not being of right or sound mind. And - and being so just highly agitated for no reason whatsoever. I - I didn't, um - I didn't yell at her. I didn't raise my voice. I was, ah, completely calm the entire time. I - I tried my - my hardest to just be, um, just as cordial as I possibly could and - and professional. Um, and there was no reason. And I - I legitimately was just trying to find out what was - what was her deal. So, you know, if she needed, um, mental health intervention, or if she was having some sort of thing goin' on. I - I - I legitimately wanted to know what was - what - what her, um... |
| 518<br>519 | JH: | So no, like, signs or symptoms of, like, DUI? No smells, no... |
| 520<br>521 | MB: | I couldn't tell because, ah, she only gave me 2 inches at the window. |
| 522<br>523 | JH: | Mm-hm. |
| 524<br>525 | MB: | Um, it's very possible that, ah, she was just based on her erratic behavior. |
| 526<br>527<br>528 | JH: | Is that something that - is that something that was in your thought process at that point? |
| 529<br>530<br>531<br>532 | MB: | ==Um, I was starting to - to build on, um, suspicions of, um, either some sort of, ah, drug on board or, ah, mental health problem. Something. Obviously something wasn't right.== |
| 533<br>534 | JH: | Mm-hm. |
| 535<br>536<br>537<br>538<br>539<br>540 | MB: | I - I couldn't evaluate her enough to say if she was or was not safe to drive, um, because she wasn't giving me anything. She gave me, you know, short statements. Told me to, you know - fuck you and, um, kept her window rolled up three-quarters of the way other than 2 inches the entire time. So I couldn't - I couldn't really, um - I - I mean, she was extremely agitated so I couldn't, like, you know, get a good visual of her eyes. I couldn't - I couldn't do an |

| | | |
|---|---|---|
| 541 | | accurate investigation to see if she was DUI or under the influence. But she |
| 542 | | definitely wasn't behaving normally. |
| 543 | | |
| 544 | JH: | Okay. And so that was something - something on the radar but she wasn't |
| 545 | | giving you enough, um, to give you, like, the full indications quite yet. |
| 546 | | |
| 547 | MB: | Right. |
| 548 | | |
| 549 | JH: | But it was something that started to pop up on your radar. |
| 550 | | |
| 551 | MB: | Yeah, I - I started to become - especially after the statement, um, when she |
| 552 | | referred to us as murderers. Um, I started to become more aware of the |
| 553 | | situation that this person was not - not safe. |
| 554 | | |
| 555 | JH: | Okay. Um, so you asked her - you know, you - you tell her that because she |
| 556 | | was driving a vehicle in the State of California she has to identify herself. She |
| 557 | | tells you no again. What happened next? |
| 558 | | |
| 559 | MB: | Um, she threw it in reverse and was backing out of the parking lot - or, |
| 560 | | backing out of the parking spot. |
| 561 | | |
| 562 | JH: | Okay. And so she threw it in reverse and was backing out. What - what did |
| 563 | | you do? |
| 564 | | |
| 565 | MB: | I, um - I waved at her and I said, "You're driving." And then I went to walk |
| 566 | | away. Um, and my partner and I started to walk towards our cars. |
| 567 | | |
| 568 | JH: | Okay. And walk away for - for what purpose? |
| 569 | | |
| 570 | MB: | Um, we didn't have enough really to, ah - I, um - I didn't have enough to |
| 571 | | determine whether or not she was DUI or if she was just crazy. |
| 572 | | |
| 573 | JH: | Mm-hm. |
| 574 | | |
| 575 | MB: | And, um, crazy is not a crime. Um, being unsafe to drive a - a vehicle is but, |
| 576 | | | um, at this point I - I didn't have enough to - to really, um, intervene in - in a |
| 577 | | physical way. So, um, I was okay with her leaving. I was, um - that was pretty |
| 578 | | much the - the full extent of - of our contact. The patrons there wanted her |
| 579 | | gone. She was causing a disturbance. Ah, she was causing a disturbance with |
| 580 | | the security guard, berating him and - and - and causing problems for him. |
| 581 | | And they just wanted her gone. So... |
| 582 | | |
| 583 | JH: | Right. |
| 584 | | |
| 585 | MB: | I was okay with her just leaving. |

INTERVIEW WITH MATTHEW BRUCE
Interviewer: Det. Josh Hambly
Case # 20S038084
Page 18

| | | |
|---|---|---|
| 766 | JH: | Okay. |
| 767 | | |
| 768 | MB: | The license plate was right at my legs. |
| 769 | | |
| 770 | JH: | Were there any other concerns that you had, um, when you made the decision |
| 771 | | to step back towards the street as opposed to up on the sidewalk? |
| 772 | | |
| 773 | MB: | Yeah, there was people, like, I mean, maybe 20, 30 people dining right there |
| 774 | | in front of me. |
| 775 | | |
| 776 | JH: | Okay. And what was your fear with that? |
| 777 | | |
| 778 | MB: | That she would mow me over and all them and, um, my partner and the |
| 779 | | security guard and all the people who were at the ice cream shop. I mean, |
| 780 | | there - there might have been 100 people there. |
| 781 | | |
| 782 | JH: | Okay. So then at - at that point once she went towards - towards you with the |
| 783 | | car, um, had you determined in your head that there was a crime that had been |
| 784 | | committed? |
| 785 | | |
| 786 | MB: | Yes. |
| 787 | | |
| 788 | JH: | Okay. What crime was that? |
| 789 | | |
| 790 | MB: | Um, assault with a deadly weapon. |
| 791 | | |
| 792 | JH: | Okay. So then what was - what was your plan moving forward from there? |
| 793 | | |
| 794 | MB: | I was going to bash out her, um, driver's side window and pull her out of the |
| 795 | | vehicle. |
| 796 | | |
| 797 | JH: | Okay. Um, and so then what - what happened next? |
| 798 | | |
| 799 | MB: | So I pulled out my baton and I used the butt of my baton to strike her window |
| 800 | | as hard as I possibly could. It failed. I - I tried, um, maybe two or three times |
| 801 | | and the window wouldn't break. Um, so I extended my baton and I was gonna |
| 802 | | use the tip of the baton to break the window. And I was standing right next to |
| 803 | | the driver window. Um, I... |
| 804 | | |
| 805 | JH: | Okay. At - at this point have you said anything to her? |
| 806 | | |
| 807 | MB: | No. |
| 808 | | |
| 809 | JH: | No? Okay. Um, so you stand there, you extend your baton and you go to hit |
| 810 | | her window. What happens at that point? |

CONFIDENTIAL                                   COR (McLeod) 000363

| | | |
|---|---|---|
| 991 | | focused on my leg at that point and I couldn't do anything. I was on the |
| 992 | | ground and I was unable to get up and I was just looking at the tire on my |
| 993 | | knee thinking, this is really bad. |
| 994 | | |
| 995 | JH: | And what was - what was going through your mind? What were you thinking |
| 996 | | at that point? |
| 997 | | |
| 998 | MB: | Ah, she's gonna kill me. I'm dead. She's gonna back up. She's gonna run me |
| 999 | | over again. She's gonna park the thing on top of me and I'm gonna lose my |
| 1000 | | legs. I'm gonna - I'm gonna die. |
| 1001 | | |
| 1002 | JH: | Okay. Um, so it's parked on top of you. What happens after that? |
| 1003 | | |
| 1004 | MB: | Um, after some time goes by that she's parked on top of me, I - I was - I want |
| 1005 | | to say I was losing consciousness. I don't know if it was just shock or - or |
| 1006 | | whatever, 'cause I never actually lost consciousness. |
| 1007 | | |
| 1008 | JH: | Mm-hm. |
| 1009 | | |
| 1010 | MB: | Um, but I know my knee was just crushing me and the pain was just getting |
| 1011 | | worse and worse and worse. And I knew she wasn't getting off of me. And so |
| 1012 | | I told my partner, "Shoot her." |
| 1013 | | |
| 1014 | JH: | Okay. Um, then what happened? |
| 1015 | | |
| 1016 | MB: | Shortly after that I heard - specifically heard two gunshots. Um, and the car - |
| 1017 | | all I was thinking is the car rolled forward off my leg and I was free and that |
| 1018 | | was, like - I just - just so thankful at that point to just be out of the car, um, I - |
| 1019 | | I couldn't think of anything else other than to run. Um, so I, ah - I - I got up. I |
| 1020 | | kinda stood up and then I hobbled over to my police car and I went into the |
| 1021 | | back of my police car and I turned around to see if my partner was okay. And |
| 1022 | | then I saw him, he - he was addressing her, ah, in the car. And the car had |
| 1023 | | crashed into the car that was parked there. And, um, I was just dizzy and, ah, |
| 1024 | | in a lot of pain. And - and so I said, "Hey partner, are you okay?" And he said, |
| 1025 | | "Yeah - yeah, I got it." And so I just opened the door to my police car and I |
| 1026 | | just laid down and straightened my leg. And, um, I didn't know how bad the |
| 1027 | | damage was. |
| 1028 | | |
| 1029 | JH: | Okay. Um, so did you end up getting transported to the hospital? |
| 1030 | | |
| 1031 | MB: | Yes. |
| 1032 | | |
| 1033 | JH: | Okay. Um, Nick, do you have any questions at this point? |
| 1034 | | |
| 1035 | NW | I might ask kind of some of the same questions, Officer Bruce. |

INTERVIEW WITH MATTHEW BRUCE
Interviewer: Det. Josh Hambly
Case # 20S038084
Page 25

| | | |
|---|---|---|
| 1081 | | |
| 1082 | MB: | Driver's side window. |
| 1083 | | |
| 1084 | NW | Okay. And you at one point said that you guys were done. You had |
| 1085 | | determined that there wasn't enough to detain her or arrest her for any crime, |
| 1086 | | and that you and Corporal (Maxwell) were going to walk back to your cars |
| 1087 | | and debrief the call for service? |
| 1088 | | |
| 1089 | MB: | Yes. |
| 1090 | | |
| 1091 | NW | Okay. And so at that point she was free to leave. Your interaction had ceased |
| 1092 | | with her. Okay. |
| 1093 | | |
| 1094 | MB: | Absolutely. |
| 1095 | | |
| 1096 | NW | And who re-initiated the contact between you and - and the suspect? |
| 1097 | | |
| 1098 | MB: | She did. |
| 1099 | | |
| 1100 | NW | Okay. And how did she do that? |
| 1101 | | |
| 1102 | MB: | By approaching us with her car and trying to run us over. |
| 1103 | | |
| 1104 | NW | Okay. And - and I think you touched on it. Um, based on her actions of, I |
| 1105 | | think you described it as driving back towards her, um, you had said that it |
| 1106 | | was an assault with a deadly weapon. |
| 1107 | | |
| 1108 | MB: | Yes. |
| 1109 | | |
| 1110 | NW | Is that an arrestable offense? |
| 1111 | | |
| 1112 | MB: | It is. |
| 1113 | | |
| 1114 | NW | Okay. And was that your intent when you were trying to break her window? |
| 1115 | | |
| 1116 | MB: | Yes. |
| 1117 | | |
| 1118 | NW | To arrest her? |
| 1119 | | |
| 1120 | MB: | Absolutely. |
| 1121 | | |
| 1122 | NW | 'Kay. And did you ever - did you ever have a chance to tell her she was under |
| 1123 | | arrest? Or did this just unfold so quickly that you didn't have that |
| 1124 | | opportunity? |
| 1125 | | |