# Exhibit 5

COR (McLeod) 001395



COR (McLeod) 001404



COR (McLeod) 001405



COR (McLeod) 001410

COR (McLeod) 001414