# Exhibit 6

```
 1                    UNITED STATES DISTRICT COURT

 2                   EASTERN DISTRICT OF CALIFORNIA

 3

 4   VERONICA MCLEOD, individually )
     and as successor in interest  )
 5   to decedent, DOLORES          )
     HERNANDEZ, AMADO HERNANADEZ;  )
 6   individually and as successoor)
     in interest to decedent,      )
 7   DOLORES HERNANDEZ; and        )
     YSIDRA REGALDO, individually, )
 8                                 )
              Plaintiffs,          )
 9                                 )
                                   )
10        vs.                      ) Case No.
                                   )
11                                 ) 2:22-cv-00586-WBS-JDP
     CITY OF REDDING; GARRETT      )
12   MAXWELL, an individual;       )
     MATTHEW BRUCE, an individual; )
13   and DOES 2-10, inclusive,     )
                                   )
14            Defendants,          )
                                   )
15   _____)

16

17

18      ZOOM VIDEOTAPED DEPOSITION OF AIDEN PHILLIPS

19            REMOTE LOCATIONS, CALIFORNIA

20                  FEBRUARY 15, 2024

21

22   REPORTED BY:  KIMBERLY CRANE, CSR No. 11594, RPR

23                     STENO AGENCY

24

25               CONCIERGE@STENO.COM
```

```
01:32:36   1        A.   Correct, yeah.
           2        Q.   Backing up a little bit, aside from what you
           3   saw the decedent do and her vehicle do when you came
           4   across them, did you witness her at any other point
01:32:49   5   on that date?
           6        A.   No.
           7        Q.   So you didn't have any interactions or run
           8   into her as far as you know on that day?
           9        A.   No.  And if I was it would have been passing
01:33:08  10   by.  I wouldn't have known it was her or not
          11        Q.   Okay.  And did you recognize any officer
          12   that contacted you and interviewed you on December 2,
          13   2020 from prior interactions?
          14        A.   No, I did not.
01:33:27  15        Q.   Did you take any photographs of the video of
          16   that day?
          17        A.   No, I did not.
          18        Q.   I'm circling back to when the officer fell
          19   underneath the decedent's car and went over his leg.
01:33:50  20             Do you recall which leg it was, his right or
          21   left?
          22        A.   From what I could tell it looked like both
          23   of them perhaps.  If it was one or the other I wasn't
          24   able to decipher that.
01:34:03  25        Q.   Okay.  And after the car ran over his
```

```
01:34:03   1   legs -- scratch that.
           2           When the car ran over his legs, what
           3   direction was the car traveling?  Was it traveling
           4   forwards or rearwards?
01:34:17   5       A.   Rearwards.
           6       Q.   Okay.  And at that point did it fully drive
           7   over that officer's body or was it stopped on top of
           8   his body or how was it positioned in relation to his
           9   body?
01:34:32  10       A.   It looked like it went completely over.
          11       Q.   So was the officer pinned under the vehicle
          12   at any point with the vehicle stopped on top of him?
          13       A.   Not that I remember.
          14       Q.   What do you recall the vehicle doing after
01:34:48  15   it had run over the officer's legs?
          16       A.   It had stopped I would assume to go back
          17   into drive to go forward, but that's when the shots
          18   were fired so that was the last movement it made.
          19       Q.   So the first and last movement it made was
01:35:02  20   it moving forward that the vehicle was making at that
          21   time?
          22       A.   It was the reverse movement was the last
          23   one.
          24       Q.   Okay.  So after the shots were fired by the
01:35:19  25   firing officer, the vehicle did not move forward at
```

```
 1        DECLARATION UNDER PENALTY OF PERJURY
 2
 3        I, _____, do hereby certify
 4   under penalty of perjury that I have read the
 5   foregoing transcript of my deposition taken on
 6   _____; that I have made such
 7   corrections as appear noted herein in ink, initialed
 8   by me; that my testimony as contained herein, as
 9   corrected, is true and correct.
10
11   DATED this _____ day of _____, 202_,
12   at _____.
13
14
15
16
17
18
19
20
21                           _____
22                                     AIDEN PHILLIPS
23
24
25
```

```
 1  STATE OF CALIFORNIA )
 2                      : SS.
 3  COUNTY OF SAN DIEGO )
 4
 5           I, Kimberly Crane, in and for the County of
 6  San Diego, do hereby certify:
 7           That as such reporter, I reported in
 8  machine shorthand the videoconference proceedings
 9  held in the foregoing case;
10           That my notes were transcribed into
11  typewriting under my direction, and the proceedings
12  held on Thursday, February 15, 2024, contained within
13  pages 1 through 47, are a true and correct
14  transcription.
15           Dated this 19th day of March, 2024.
16
17
18                  _Kimberly Crane_____
19                  Kimberly Crane, CSR No. 11594
20
21
22
23
24
25
```