Exhibit 7

```
 1                  UNITED STATES DISTRICT COURT

 2                  EASTERN DISTRICT OF CALIFORNIA

 3                            ---oOo---

 4   VERONICA MCLEOD, et al.,    )
                                 )
 5              Plaintiff,       )
                                 )
 6   vs.                         ) Case No. 2:22-cv-00585-WBS-JDP
                                 )
 7   CITY OF REDDING, et al.,    )
                                 )
 8              Defendant.       )
     _____
 9
        REMOTE VIDEOTAPED DEPOSITION UPON ORAL EXAMINATION OF
10
                            RICHARD BELL
11

12                  Tuesday, February 27, 2024

13                     1:09 PM Pacific Time

14

15

16

17

18

19

20

21

22

23   Reported by:
     April D. Biedermann, RSR, WA CCR No. 21028823
24   Steno Agency
     concierge@steno.com
25   (888) 707-8366
```

```
01:34:24   1    A.   Yeah.  I would say put it in reverse and wasn't going
01:34:29   2         slow.  I mean, obviously had intentions of getting out
01:34:32   3         of there in a hurry.
01:34:37   4    Q.   Okay.  And did you see the reverse indicator lights on
01:34:41   5         the woman's car come on when it started to back up?
01:34:46   6    A.   Yes, sir.
01:34:47   7    Q.   Okay.  Okay.  And did that officer that got hit by the
01:34:55   8         woman's car fall to the ground?
01:34:57   9    A.   Yes, sir.
01:35:00   10   Q.   Okay.  Did you see that driver's side front tire roll
01:35:04   11        over the officer?
01:35:06   12   A.   Yes, sir.  I did.
01:35:08   13   Q.   Okay.  And when it rolled over the officer, did the car
01:35:11   14        stop on the officer at any point?
01:35:13   15   A.   No, sir.  It rolled right off.
01:35:20   16   Q.   Okay.  So there was no point in time where the car
01:35:25   17        stopped or slowed down even while it was running over
01:35:28   18        that officer's body?
01:35:29   19   A.   It ran over it and then right when it got off of it, it
01:35:34   20        kind of halted to a stop.
01:35:37   21   Q.   Okay.  And when it halted to a stop, it had driven over
01:35:41   22        the officer's portion of -- whatever portion of the
01:35:44   23        body of the officer that had been run over; is that
01:35:47   24        correct?
01:35:47   25   A.   Yes, sir.
```

```
02:19:43   1          car -- by the car and fell to the ground, he started to
02:19:46   2          crawl away to safety?
02:19:48   3     A.   Uh-huh.
02:19:49   4     Q.   Yes?  Is that a yes?
02:19:51   5     A.   Yes, ma'am.
02:19:52   6     Q.   Okay.  And then you said that's when the other officer
02:19:54   7          said something to the effect of, "Lady, stop or I'll
02:19:58   8          open fire," and then he started shooting; is that
02:20:01   9          correct?
02:20:02  10     A.   Yes, ma'am.
02:20:02  11     Q.   So when you see the officer started crawling away to
02:20:06  12          safety, what do you mean by that?
02:20:08  13     A.   He was trying to get out of the lady's, I guess,
02:20:12  14          projected way to go from -- he tried to get away from
02:20:16  15          the tire or vehicle.
02:20:18  16     Q.   Okay.  And then I think earlier you said the officer
02:20:25  17          moved out of the way before the car moved forward; is
02:20:28  18          that correct?
02:20:29  19     A.   Yes.  Yes, ma'am.
02:20:30  20     Q.   Okay.  So would it be accurate to say that the officer
02:20:33  21          who was on the ground was not in the direct pathway of
02:20:36  22          the vehicle when it started to move forward?
02:20:39  23     A.   Yes, ma'am.
02:20:41  24               MR. PATEL:  Objection.  Misstates prior
02:20:43  25          testimony.
```

```
02:20:45  1    BY MS. LE:
02:20:49  2    Q.   And then earlier, you said that when the car started to
02:20:51  3         move forward, it was moving at approximately 5 to
02:20:56  4         10 miles per hour; is that correct?
02:20:59  5    A.   Yes, ma'am.
02:20:59  6    Q.   Okay.  I'm going to play that portion of your audio
02:21:03  7         interview again, just see if this refreshes your
02:21:06  8         recollection.
02:21:06  9             Is that okay?
02:21:07  10   A.   Yes, ma'am.
02:21:09  11   Q.   Okay.  Let me just skip to the correct time stamp.  So
02:21:36  12        this is CRO001249, and this was the original clip that
02:21:41  13        was produced in discovery.  And I'm going to be
02:21:43  14        starting this audio clip at 11:21.  And let me know if
02:21:46  15        you can't hear it.
02:21:50  16             (Audio recording plays.)
02:22:04  17   BY MS. LE:
02:22:05  18   Q.   And I've stopped the audio clip at 11:36?
02:22:09  19             Mr. Bell, were you able to hear that?
02:22:11  20   A.   Yes, ma'am, I was.
02:22:12  21   Q.   Okay.  And did you hear yourself say that when it
02:22:15  22        rolled forward, it was going about two miles per hour?
02:22:18  23   A.   Yes, ma'am.
02:22:18  24   Q.   And does that refresh your recollection of how fast the
02:22:21  25        car was going when it moved forward?
```

```
02:22:24   1    A.    Yes, ma'am.
02:22:25   2    Q.    Okay.
02:22:30   3                MS. LE:  That's all the questions I have.
02:22:32   4          Thank you.
02:22:37   5                MR. PATEL:  I'll have some more on redirect
02:22:39   6          for you here, Richard.  I just want to clarify some
02:22:47   7          stuff.
02:22:47   8
02:22:47   9                        REDIRECT EXAMINATION
02:22:48  10    BY MR. PATEL:
02:22:49  11    Q.    Okay.  So you went -- you just gave testimony that the
02:22:52  12          officer that had gotten hit by the car and fell to the
02:22:55  13          ground began to crawl away before the vehicle moved
02:22:59  14          forward; is that correct?
02:23:00  15    A.    Yes, sir.
02:23:01  16    Q.    Okay.  Had that officer, in your opinion, crawled out
02:23:07  17          of the way enough to prevent the possibility of that
02:23:10  18          vehicle still hitting him as it moved forward?
02:23:14  19    A.    Yes, sir.
02:23:19  20    Q.    Okay.  Isn't it true that earlier, you gave testimony
02:23:21  21          that there was still a possibility that the vehicle
02:23:24  22          could hit officer because of the path that the vehicle
02:23:26  23          was taking and where the officer was?
02:23:29  24                MS. LE:  Objection.  Misstates prior
02:23:30  25          testimony.
```

```
02:23:34   1    BY MR. PATEL:
02:23:34   2    Q.   You can answer, Richard, if you have a response.
02:23:38   3    A.   Oh, um, it -- it very well could have, but from where I
02:23:44   4         was sitting and from where I could see, I would say he
02:23:49   5         was out of the way enough to not get ran over again.
02:24:09   6    Q.   All right.  Give me one second.  Just looking over my
02:24:14   7         notes.
02:24:17   8              Okay.  Richard, give me one second, okay?
02:24:19   9    A.   Yes, sir.
02:24:21  10              MR. PATEL:  All right.  Everyone, is it okay
02:24:25  11         if we go off the record real quick so I can take a look
02:24:28  12         at my notes and get an exhibit ready?
02:24:31  13              MS. LE:  Sure, no problem.
02:24:32  14              MR. PATEL:  Thank you.
02:24:32  15              THE VIDEOGRAPHER:  All right.  The time is
02:24:34  16         2:24 p.m. Pacific Time.  We are now off the record.
02:24:37  17                   (Off the record.)
02:24:37  18                   (On the record.)
02:30:04  19              THE VIDEOGRAPHER:  The time is 2:30 p.m.
02:30:08  20         Pacific Time and we are now back on the record.
02:30:10  21    BY MR. PATEL:
02:30:11  22    Q.   Richard, do you recall that exhibit that I had you take
02:30:14  23         a look at where I circled where you believed your car
02:30:19  24         was located when you stopped when you witnessed this
02:30:21  25         incident?
```

```
02:34:15   1                      RECROSS-EXAMINATION
02:34:15   2    BY MS. LE:
02:34:16   3    Q.   So your -- I think you testified that the car looked
02:34:20   4         like it was trying to leave the scene, and that it
02:34:23   5         would have to turn left or in a northern direction in
02:34:26   6         order to leave; is that correct?
02:34:28   7    A.   Yes, ma'am.
02:34:28   8    Q.   Okay.  At any time between the time the car started
02:34:32   9         moving forward and after it hit the car and stops for
02:34:36  10         the final time, did you ever see the car make a turn?
02:34:40  11    A.   No, ma'am.
02:34:41  12    Q.   Okay.  Was it generally moving in a straight direction
02:34:45  13         the entire time?
02:34:46  14    A.   Yes, ma'am.
02:34:47  15    Q.   Okay.  That's all the questions I have.
02:34:49  16              Thank you.
02:34:53  17              THE VIDEOGRAPHER:  All right.  Then while
02:34:55  18    we're still on the record, I'd just like to get video
02:34:59  19    orders.
02:34:59  20              Mr. Patel, I have you down for a standard
02:35:04  21    video.  Would you like that synced?
02:35:09  22              MR. PATEL:  Yes, we would.  I'm just looking
02:35:11  23    at my notes.  Make sure I don't have anything else.
02:35:17  24              All right.  If we go off the record?  Just
02:35:19  25    give me a couple minutes here.
```

```
 1
 2
 3                          -oOo-
 4        I, Richard Bell, have read the foregoing
 5   deposition transcript and by signing hereafter, subject to
 6   any changes I have made, approve same.
 7
 8        Dated _____.
 9
10                          _____
11                                    RICHARD BELL
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

1              CERTIFICATE OF REPORTER

2              I, APRIL D. BIEDERMANN, Washington State Certified
   Court Reporter and NCRA Registered Skilled Reporter, do
3  hereby declare:

4              That prior to being examined, the witness named in
   the foregoing deposition was by me duly sworn pursuant to
5  Section 30(f)(1) of the Federal Rules of Civil Procedure and
   the deposition is a true record of the testimony given by
6  the witness.

7              That said deposition was taken down by me in
   shorthand at the time and place therein named and thereafter
8  reduced to text under my direction.

9  __XX__     That the witness requested to review the
              transcript and make any changes to the transcript
10            as a result of that review pursuant to Section
              30(e) of the Federal Rules of Civil Procedure.
11
   _____     Signature is waived.
12
   _____     The changes made by the witness are appended to
13            the transcript.

14 _____     No request was made that the transcript be
              reviewed pursuant to Section 30(e) of the Federal
15            Rules of Civil Procedure.

16             I further declare that I have no interest in the
   event or the action.
17
               I declare under penalty of perjury under the laws
18 of the United States of America that the foregoing is true
   and correct.
19
               Witness my hand this 14th day of March, 2024.
20

21

22
                                  _____
23
                                  April D. Biedermann, CCR, RSR
24                                    WA CCR No. 21028823

25