# Exhibit 8

```
 1                  UNITED STATES DISTRICT COURT

 2                  EASTERN DISTRICT OF CALIFORNIA

 3

 4   _____
                                      )
 5   VERONICA MCLEOD, individually    )
     and as successor-in-interest     )
 6   to decedent, DOLORES             )
     HERNANDEZ; AMADO HERNANDEZ,      )
 7   individually and as              )
     successor-in-interest to         )
 8   decedent, DOLORES HERNANDEZ;     )
     and YSIDRA REGALDO,              )
 9   individually,                    )
                                      )
10            Plaintiffs,             )
                                      )
11       vs.                          ) No. 2:22-cv-00585-WBS-JDP
                                      )
12   CITY OF REDDING; GARRETT         )
     MAXWELL, an individual;          )
13   MATTHEW BRUCE, an individual;    )
     and DOES 2-10, inclusive,        )
14                                    )
              Defendants.             )
15   _____)

16            REMOTE DEPOSITION OF JENNIFER HOBERG

17               Thursday, February 22, 2024

18                        Volume I

19

20

21

22   Reported by:
     VALERIE D. GRANILLO
23   CSR No. 11469
     Job No. 873974
24

25   PAGES 1 - 66
```

|       |    |                                                               |
|-------|----|---------------------------------------------------------------|
|       | 1  | thought.  I heard at least four shots, but I knew there       |
|       | 2  | were more.  I just, after the fourth shot, I -- my brain      |
|       | 3  | did not take into account.  Because at that point, I was      |
|       | 4  | extremely worried for my children.                            |
| 11:12 | 5  |     Q   Of course.  Okay.  And did you see -- I'm sorry.      |
|       | 6  | Were you able to see the firearm actually going off as        |
|       | 7  | these rounds were being fired?                                |
|       | 8  |     A   Yes.  Initially, yes.                                 |
|       | 9  |     Q   Okay.  And could you see what the woman in the        |
| 11:13 | 10 | car was doing at that point in time when the officer was      |
|       | 11 | firing his weapon?                                            |
|       | 12 |     A   Initially she was straight up, then her head fell     |
|       | 13 | forward.                                                      |
|       | 14 |     Q   Okay.                                                 |
| 11:13 | 15 |     A   And landed on her steering wheel.                     |
|       | 16 |     Q   Okay.  And as the shots were being fired, could       |
|       | 17 | you tell if the car was still moving forward?                 |
|       | 18 |     A   To be honest, I don't remember.                       |
|       | 19 |     Q   Okay.                                                 |
| 11:13 | 20 |     A   I -- I feel it was -- I feel like in -- yeah, I       |
|       | 21 | don't remember.                                               |
|       | 22 |     Q   Okay.  And Jennifer, did you provide a statement      |
|       | 23 | to the police that day?                                       |
|       | 24 |     A   No.  It wasn't until the next morning.                |
| 11:14 | 25 |     Q   Okay.  So you got interviewed the morning after?      |

|       |    |                                                                              |
|-------|----|------------------------------------------------------------------------------|
|       | 1  | forward.  So I was there long enough to witness her head                     |
|       | 2  | fall forward.  But at that point I was so worried about my                   |
|       | 3  | girls.  I had took my focus off the flashes and was, like,                   |
|       | 4  | hearing the shots.                                                           |
| 11:38 | 5  |    Q   Do you know at what point in between the shots or      |
|       | 6  | after the shots did her head fall forward and hit the                        |
|       | 7  | steering wheel?                                                              |
|       | 8  |    A   I don't.  It -- I -- it had to have been --            |
|       | 9  | because I -- it had to have been in one of the initial                       |
| 11:39 | 10 | shots, because at that point I was still looking that way.                   |
|       | 11 | Where I know that right after that, once I realized -- my                    |
|       | 12 | brain computed what was happening, I instantly needed to                     |
|       | 13 | get up to get my girls out.                                                  |
|       | 14 |    Q   So you believe that her head fell forward and hit      |
| 11:39 | 15 | the steering wheel at some point after the first or second                   |
|       | 16 | shot that you saw?                                                           |
|       | 17 |    A   To my knowledge, yes.                                  |
|       | 18 |       MS. LE:  Okay.  That's all the questions I have |
|       | 19 | for you, Jennifer.  Thank you so much.                                       |
| 11:39 | 20 |       THE WITNESS:  Thank you.                 |
|       | 21 |       MR. PATEL:  All right.  I'm going to take a quick |
|       | 22 | look at my notes, just see if I have anything else.  Just    |
|       | 23 | give me a couple minutes.  Is that okay?                                     |
|       | 24 |       MS. LE:  Sure.                           |
| 11:39 | 25 |       MR. PATEL:  All right.                   |

```
 1
 2
 3
 4            I, JENNIFER HOBERG, do hereby declare under
 5    penalty of perjury that I have read the foregoing
 6    transcript; that I have made any corrections as appear
 7    noted, in ink, initialed by me, or attached hereto; that
 8    my testimony as contained herein, as corrected, is true
 9    and correct.
10            EXECUTED this _____ day of _____,
11    2024, at _____, _____.
                      (City)                  (State)
12
13
14
15
16            _____
              JENNIFER HOBERG
17            VOLUME I
18
19
20
21
22
23
24
25
```

```
 1                I, the undersigned, a Certified Shorthand
 2   Reporter of the State of California, do hereby
 3   certify:
 4                That the foregoing proceedings were taken
 5   before me at the time and place herein set forth;
 6   that any witnesses in the foregoing proceedings,
 7   prior to testifying, were administered an oath; that
 8   a record of the proceedings was made by me using
 9   machine shorthand which was thereafter transcribed
10   under my direction; that the foregoing transcript is
11   a true record of the testimony given.
12                Further, that if the foregoing pertains to
13   the original transcript of a deposition in a Federal
14   Case, before completion of the proceedings, review
15   of the transcript [ ] was [ ] was not requested.
16                I further certify I am neither financially
17   interested in the action nor a relative or employee
18   of any attorney or any party to this action.
19                IN WITNESS WHEREOF, I have this date
20   subscribed my name.
21
22   Dated: 29th day of February 2024.
23
                             _____
24                           VALERIE D. GRANILLO
                                  CSR No. 11469
25
```