UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| VERONICA MCLEOD, individually and as successor in interest to decedent, DOLORES HERNANDEZ; AMADO HERNANADEZ; individually and as successor in interest to decedent, DOLORES HERNANDEZ; and YSIDRA REGALDO, individually,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF REDDING; GARRETT MAXWELL, an individual; MATTHEW BRUCE, an individual; and DOES 2-10, inclusive,<br><br>Defendants. | No. 2:22-cv-00585 WBS JDP<br><br>ADDENDUM TO FINAL PRETRIAL ORDER |

----oo0oo----

Footnote 1 of the Final Pretrial Order is hereby STRICKEN.  The City of Redding remains a defendant in this action because plaintiffs maintain claims of battery, negligence, and violation of California Civil Code § 52.1 against the City.

IT IS SO ORDERED.

Dated:  August 12, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE