**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (Bar No. 144074)
dalekgalipo@yahoo.com
Hang D. Le, Esq. (Bar No. 293450)
hlee@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California, 91367
Telephone: (818) 347-3333
Facsimile: (818) 347-4118

**LAW OFFICE OF STEWART KATZ**
Stewart Katz, State Bar #127425
555 University Avenue, Suite 270
Sacramento, California 95825
Telephone: (916) 444-5678

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA MCLEOD, individually and as successor in interest to decedent, DOLORES HERNANDEZ; AMADO HERNANDEZ, individually and as successor in interest to decedent, DOLORES HERNANDEZ; and YSIDRA REGALDO, individually,<br><br>                     Plaintiffs,<br>         vs.<br><br>CITY OF REDDING; GARRETT MAXWELL, an individual; MATTHEW BRUCE, an individual; and DOES 2-10, inclusive,<br><br>                    Defendants. | Case No. 2:22-cv-00585-WBS-JDP<br><br>*Honorable William B. Shubb*<br><br>**JOINT STATEMENT OF THE CASE**<br><br>Trial:    September 10, 2024 |

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD**:

Plaintiffs VERONICA MCLEOD, individually and as successor in interest to decedent, DOLORES HERNANDEZ and AMADO HERNANDEZ, individually and as successor in interest to decedent, DOLORES HERNANDEZ ("Plaintiffs"), and Defendants CITY OF REDDING and GARRETT MAXWELL, and MATTHEW BRUCE ("Defendants") (collectively "the Parties"), by and through their counsel of record, hereby submit their Joint Statement of the Case pursuant to the Court's July 3, 2024, Final Pretrial Order,

Respectfully submitted,

DATED: August 20, 2024   **LAW OFFICES OF DALE K. GALIPO**
  **LAW OFFICE OF STEWART KATZ**

  By   */s/ Hang D. Le*
  Dale K. Galipo
  Stewart Katz
  Hang D. Le
  Attorneys for Plaintiffs
  VERONICA MCLEOD, AMADO HERNANDEZ,
  and YSIDRA REGALDO

DATED: August 20, 2024   **ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP**

  By */s/ Dale L. Allen, Jr.* (as auth. 8/20/2024)
  Dale L. Allen, Jr.
  Ameet Patel
  Attorneys for Defendants
  CITY OF REDDING, GARRET MAXWELL, and
  MATTHEW BRUCE

| | |
|---|---|
| 1 | **JOINT STATEMENT OF THE CASE** |

2    This case arises out of a December 2, 2020, encounter between Dolores Hernandez and
3 City of Redding police officers during which Dolores Hernandez died. The plaintiffs are Dolores
4 Hernandez's adult children, Veronica McLeod and Amado Hernandez. The defendants are the
5 City of Redding and City of Redding police officers Garret Maxwell and Matthew Bruce.

6    The plaintiffs contend that Officer Maxwell and Officer Bruce unreasonably detained
7 Dolores Hernandez and used unreasonable force against her, including deadly force. The plaintiffs
8 also contend that Officer Maxwell and Officer Bruce were negligent in their conduct towards
9 Dolores Hernandez. The plaintiffs are seeking damages as permitted by law.

10    The defendants deny these claims. The defendants contend that Officer Maxwell and
11 Officer Bruce's seizure of Dolores Hernandez and subsequent uses of force against her were
12 reasonable under the circumstances.