**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (Bar No. 144074)
dalekgalipo@yahoo.com
Hang D. Le, Esq. (Bar No. 293450)
hlee@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California, 91367
Telephone: (818) 347-3333
Facsimile: (818) 347-4118

**LAW OFFICE OF STEWART KATZ**
Stewart Katz, State Bar #127425
555 University Avenue, Suite 270
Sacramento, California 95825
Telephone: (916) 444-5678

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA MCLEOD, individually and as successor in interest to decedent, DOLORES HERNANDEZ; AMADO HERNANDEZ, individually and as successor in interest to decedent, DOLORES HERNANDEZ; and YSIDRA REGALDO, individually, <br><br> Plaintiffs, <br> vs. <br><br> CITY OF REDDING; GARRETT MAXWELL, an individual; MATTHEW BRUCE, an individual; and DOES 2-10, inclusive, <br><br> Defendants. | Case No. 2:22-cv-00585-WBS-JDP <br><br> *Honorable William B. Shubb* <br><br> **PLAINTIFFS' PROPOSED VERDICT FORM (LIABILITY)** <br><br> Trial:   September 10, 2024 |

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD**:

Plaintiffs VERONICA MCLEOD, individually and as successor in interest to decedent, DOLORES HERNANDEZ and AMADO HERNANDEZ, individually and as successor in interest to decedent, DOLORES HERNANDEZ ("Plaintiffs") hereby submit their Proposed Verdict Form (Liability) pursuant to the Court's July 3, 2024, Final Pretrial Order.

Respectfully submitted,

DATED:  August 20, 2024   **LAW OFFICES OF DALE K. GALIPO**
         **LAW OFFICE OF STEWART KATZ**


                          By          */s/ Hang D. Le*
                              Dale K. Galipo
                              Stewart Katz
                              Hang D. Le
                              Attorneys for Plaintiffs
                              VERONICA MCLEOD, AMADO HERNANDEZ, and YSIDRA REGALDO

**QUESTION 1:**  Did any of the following officers unreasonably detain or arrest Dolores Hernandez?

Garret Maxwell                              YES _____        NO _____
Matthew Bruce                              YES _____        NO _____

*Please proceed to Question 2.*


**QUESTION 2:**  Did any of the following officers use unreasonable force against Dolores Hernandez?

Garret Maxwell                              YES _____        NO _____
Matthew Bruce                              YES _____        NO _____

*If you answered "Yes" to any defendant in Question 2, please proceed to answer Question 3 for that defendant.*
*If you answered "No" to all defendants and uses of force in Question 2, please skip Question 3 and proceed to Question 4.*

**QUESTION 3:**  Was the use of unreasonable force a cause of Dolores Hernandez's harm, damage, injury, or loss?

Garret Maxwell                              YES _____        NO _____
Matthew Bruce                              YES _____        NO _____

*Please answer Question 4.*

**QUESTION 4:**  Were any of the involved City of Redding police officers negligent towards Dolores Hernandez?

YES _____     NO _____

*If you answered "yes" to Question 4, please proceed to Question 5.*

*If you answered "no" to all defendants in Question 1 and "no" to all defendants in Question 2 or 3, and "no" to Question 4, please sign and return this form.*

**QUESTION 5:**  Was the negligence of any of the involved City of Redding police officers a cause of Dolores Hernandez's injury or harm?

YES _____     NO _____

*Please proceed to the next question.*

**QUESTION 6:**  Was Dolores Hernandez negligent?

YES _____     NO _____

*If you answered "yes" to Question 6, please proceed to Question 7.*
*If you answered "no" to Question 6, please skip Questions 7-8 and proceed to Question 9.*

**QUESTION 7:**  Was Dolores Hernandez's negligence a cause of her injury or harm?

YES _____     NO _____

*If you answered "yes" to Question 7, please proceed to Question 8.*
*If you answered "no" to Question 7, please proceed to Question 9.*

**QUESTION 8:**  What percentage of responsibility for Dolores Hernandez do you assign to the negligent conduct, if any, of the following?

| | |
|---|---|
| City of Redding Police Officer(s) | _____% |
| Dolores Hernandez | _____% |
| TOTAL | 100 % |

*If you answered "yes" to any defendant for Question 1, or "yes" to any defendant for Questions 2 and 3, please proceed to answer Question 9.*

*If you answered "no" to all defendants in Questions 1, 2, and 3, please sign and return the form.*

**QUESTION 9:**  Did any of the involved City of Redding police officers act with a reckless disregard for Dolores Hernandez's constitutional right to be free from unreasonable detention, arrest, or force?

YES _____     NO _____

*If you answered "yes" to any defendant for Question 1, or "yes" to any defendant for Questions 2 and 3, or "yes" to Question 9, please proceed to answer Question 10.*

*If you answered "no" to all defendants in Questions 1, 2, 3, and "no" to Question 9, please sign and return the form.*

**QUESTION 10**: Was the conduct of any of the following officers malicious, oppressive, or in reckless disregard of Dolores Hernandez's rights?

| | | |
|---|---|---|
| Garret Maxwell | YES _____ | NO _____ |
| Matthew Bruce | YES _____ | NO _____ |

*Please sign and date this verdict form and return it to the Court.*

Dated:_____     Signed:_____

Jury Foreperson