**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (Bar No. 144074)
dalekgalipo@yahoo.com
Hang D. Le, Esq. (Bar No. 293450)
hlee@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California, 91367
Telephone: (818) 347-3333
Facsimile: (818) 347-4118

**LAW OFFICE OF STEWART KATZ**
Stewart Katz, State Bar #127425
555 University Avenue, Suite 270
Sacramento, California 95825
Telephone: (916) 444-5678

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA MCLEOD, individually and as successor in interest to decedent, DOLORES HERNANDEZ; AMADO HERNANDEZ, individually and as successor in interest to decedent, DOLORES HERNANDEZ; and YSIDRA REGALDO, individually,<br><br>                    Plaintiffs,<br>        vs.<br><br>CITY OF REDDING; GARRETT MAXWELL, an individual; MATTHEW BRUCE, an individual; and DOES 2-10, inclusive,<br><br>                    Defendants. | Case No. 2:22-cv-00585-WBS-JDP<br><br>*Honorable William B. Shubb*<br><br>**PLAINTIFFS' PROPOSED VERDICT FORM (DAMAGES)**<br><br>Trial:    September 10, 2024 |

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD**:

Plaintiffs VERONICA MCLEOD, individually and as successor in interest to decedent, DOLORES HERNANDEZ and AMADO HERNANDEZ, individually and as successor in interest to decedent, DOLORES HERNANDEZ ("Plaintiffs") hereby submit their Proposed Verdict Form (Damages) pursuant to the Court's July 3, 2024, Final Pretrial Order.

Respectfully submitted,

DATED:  August 20, 2024          **LAW OFFICES OF DALE K. GALIPO**
                                 **LAW OFFICE OF STEWART KATZ**


                                 By          */s/ Hang D. Le*
                                     Dale K. Galipo
                                     Stewart Katz
                                     Hang D. Le
                                     Attorneys for Plaintiffs
                                     VERONICA MCLEOD, AMADO HERNANDEZ,
                                     and YSIDRA REGALDO

**QUESTION 1**: What are Dolores Hernandez's damages?

  Pre-death pain and suffering;    $_____
  emotional distress

  Loss of life    $_____

**QUESTION 2**: What are the Plaintiffs' wrongful death damages for the loss of Dolores Hernandez?

<u>Plaintiff Veronic McLeod</u>

  Past loss of Dolores Hernandez's probable    $_____
  support, companionship, society, comfort, and
  consortium

  Future loss of Dolores Hernandez's probable    $_____
  support, companionship, society, comfort, and
  consortium

<u>Plaintiff Amado Hernandez</u>

  Past loss of Dolores Hernandez's probable    $_____
  support, companionship, society, comfort, and
  consortium

  Future loss of Dolores Hernandez's probable    $_____
  support, companionship, society, comfort, and
  consortium

**QUESTION 3**: What amount of punitive damages, if any, do you award?

  Veronica McLeod    $_____

  Amado Hernandez    $_____

*Please sign and date this verdict form and return it to the Court.*

Dated:_____   Signed:_____

Jury Foreperson