**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (Bar No. 144074)
dalekgalipo@yahoo.com
Hang D. Le, Esq. (Bar No. 293450)
hlee@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California, 91367
Telephone: (818) 347-3333
Facsimile: (818) 347-4118

**LAW OFFICE OF STEWART KATZ**
Stewart Katz, State Bar #127425
555 University Avenue, Suite 270
Sacramento, California 95825
Telephone: (916) 444-5678

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA MCLEOD, individually and as successor in interest to decedent, DOLORES HERNANDEZ; AMADO HERNANDEZ, individually and as successor in interest to decedent, DOLORES HERNANDEZ; and YSIDRA REGALDO, individually,<br><br>　　　　　　　Plaintiffs,<br>　　vs.<br><br>CITY OF REDDING; GARRETT MAXWELL, an individual; MATTHEW BRUCE, an individual; and DOES 2-10, inclusive,<br><br>　　　　　　　Defendants. | Case No. 2:22-cv-00585-WBS-JDP<br><br>*Honorable William B. Shubb*<br><br>**NOTICE OF SETTLEMENT OF ENTIRE ACTION** |

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Plaintiffs VERONICA MCLEOD, individually and as successor in interest to decedent, DOLORES HERNANDEZ; AMADO HERNANDEZ, individually and as successor in interest to decedent, DOLORES HERNANDEZ; and YSIDRA REGALDO, individually ("Plaintiffs"), and Defendants CITY OF REDDING, GARRET MAXWELL, and MATTHEW BRUCE ("Defendants") (collectively "the Parties"), hereby submit this Notice of Settlement of the Entire Action.

On August 19, 2024, the parties held a Settlement Conference in front of Magistrate Judge Jeremy D. Peterson. At the conclusion of the Settlement Conference, the parties had reached a tentative settlement, subject to approval by the City of Redding City Council. On August 20, 2024, the City Council voted to approve the settlement. Accordingly, the Parties hereby notify the Court that this entire action has settled. The Parties further request that the Court extend the 21-day deadline to file dismissal pursuant to Local Rule 160(b) to 45 days. The City has represented that such an extension is needed in order to process and disburse the settlement funds. Upon Plaintiffs' receipt of the settlement funds, the Parties will file a formal stipulation of dismissal, with prejudice.

//
//
//
//
//
//
//
//
//
//
//
//

Respectfully submitted,

DATED:  August 22, 2024         **LAW OFFICES OF DALE K. GALIPO**
                                **LAW OFFICE OF STEWART KATZ**


                                By       */s/ Hang D. Le*
                                    Dale K. Galipo
                                    Stewart Katz
                                    Hang D. Le
                                    Attorneys for Plaintiffs
                                    VERONICA MCLEOD, AMADO HERNANDEZ, and
                                    YSIDRA REGALDO


DATED:  August 22, 2024         **ALLEN, GLAESSNER, HAZELWOOD**
                                **& WERTH, LLP**


                                By *Dale L. Allen, Jr.* (as auth. 8/22/2024)
                                    Dale L. Allen, Jr.
                                    Ameet Patel
                                    Attorneys for Defendants
                                    CITY OF REDDING, GARRET MAXWELL, and
                                    MATTHEW BRUCE