**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (Bar No. 144074)
dalekgalipo@yahoo.com
Hang D. Le, Esq. (Bar No. 293450)
hlee@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California, 91367
Telephone: (818) 347-3333
Facsimile: (818) 347-4118

**LAW OFFICE OF STEWART KATZ**
Stewart Katz, State Bar #127425
555 University Avenue, Suite 270
Sacramento, California 95825
Telephone: (916) 444-5678

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA MCLEOD, individually and as successor in interest to decedent, DOLORES HERNANDEZ; AMADO HERNANDEZ, individually and as successor in interest to decedent, DOLORES HERNANDEZ; and YSIDRA REGALDO, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF REDDING; GARRETT MAXWELL, an individual; MATTHEW BRUCE, an individual; and DOES 2-10, inclusive,<br><br>Defendants. | Case No. 2:22-cv-00585-WBS-JDP<br><br>*Honorable William B. Shubb*<br><br>**JOINT STATUS REPORT RE: SETTLEMENT** |

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Plaintiffs VERONICA MCLEOD, individually and as successor in interest to decedent, DOLORES HERNANDEZ; AMADO HERNANDEZ, individually and as successor in interest to decedent, DOLORES HERNANDEZ; and YSIDRA REGALDO, individually ("Plaintiffs"), and Defendants CITY OF REDDING, GARRET MAXWELL, and MATTHEW BRUCE ("Defendants") (collectively "the Parties"), hereby submit this Joint Status Report re: Settlement, pursuant to the Court's August 22, 2024, Minute Order.

The Parties have finalized the long form agreement and Plaintiffs have executed the agreement. Defendant City of Redding is in the process of issuing the settlement check. The Parties request an additional 30 days to finalize the settlement and file disposition documents pursuant to Local Rule 160(b). Once Plaintiffs are in receipt of the settlement funds, the Parties will execute a stipulation for dismissal of the entire action, with prejudice.

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

Respectfully submitted,

DATED:  October 7, 2024     **LAW OFFICES OF DALE K. GALIPO**
                                            **LAW OFFICE OF STEWART KATZ**

                                            By  */s/ Hang D. Le*
                                                  Dale K. Galipo
                                                  Stewart Katz
                                                  Hang D. Le
                                                  Attorneys for Plaintiffs
                                                  VERONICA MCLEOD, AMADO HERNANDEZ, and
                                                  YSIDRA REGALDO

DATED:  October 7, 2024     **ALLEN, GLAESSNER, HAZELWOOD**
                                              **& WERTH, LLP**

                                            By */s/ Dale L. Allen, Jr. (as auth. 10/7/2024)*
                                                  Dale L. Allen, Jr.
                                                  Ameet Patel
                                                  Attorneys for Defendants
                                                  CITY OF REDDING, GARRET MAXWELL, and
                                                  MATTHEW BRUCE