1  **LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (Bar No. 144074)
2  dalekgalipo@yahoo.com
Hang D. Le, Esq. (Bar No. 293450)
3  hlee@galipolaw.com
21800 Burbank Boulevard, Suite 310
4  Woodland Hills, California, 91367
Telephone: (818) 347-3333
5  Facsimile: (818) 347-4118

6  **LAW OFFICE OF STEWART KATZ**
Stewart Katz, State Bar #127425
7  555 University Avenue, Suite 270
Sacramento, California 95825
8  Telephone: (916) 444-5678

9  *Attorneys for Plaintiffs*

10

11                **UNITED STATES DISTRICT COURT**

12              **EASTERN DISTRICT OF CALIFORNIA**

13

| | |
|---|---|
| 14  VERONICA MCLEOD, individually and as | Case No. 2:22-cv-00585-WBS-JDP |
| 15  successor in interest to decedent, DOLORES HERNANDEZ; AMADO HERNANDEZ, | *Honorable William B. Shubb* |
| 16  individually and as successor in interest to decedent, DOLORES HERNANDEZ; and | |
| 17  YSIDRA REGALDO, individually, | **STIPULATION FOR DISMISSAL OF ENTIRE ACTION PURSUANT TO FED. R.** |
| 18                          Plaintiffs, | **CIV. P. 41(a)(1)(A)(ii)** |
| 19          vs. | |
| 20  CITY OF REDDING; GARRETT | |
| 21  MAXWELL, an individual; MATTHEW BRUCE, an individual; and DOES 2-10, | |
| 22  inclusive, | |
| 23                  Defendants. | |

24

25

26

27

28

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Plaintiffs VERONICA MCLEOD, individually and as successor in interest to decedent, DOLORES HERNANDEZ; AMADO HERNANDEZ, individually and as successor in interest to decedent, DOLORES HERNANDEZ; and YSIDRA REGALDO, individually ("Plaintiffs"), and Defendants CITY OF REDDING, GARRET MAXWELL, and MATTHEW BRUCE ("Defendants") (collectively "the Parties"), by and through their respective attorneys of record, hereby stipulate that the above-entitled action and all claims and parties therein, against all Defendants be dismissed, with prejudice, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii). Each party shall bear their own costs and fees.

Respectfully submitted,

DATED:  November 6, 2024     **LAW OFFICES OF DALE K. GALIPO**
                             **LAW OFFICE OF STEWART KATZ**


                             By _____ */s/ Hang D. Le*_____
                                      Dale K. Galipo
                                      Stewart Katz
                                      Hang D. Le
                                      Attorneys for Plaintiffs
                                      VERONICA MCLEOD, AMADO HERNANDEZ, and
                                      YSIDRA REGALDO


DATED:  November 6, 2024     **ALLEN, GLAESSNER, HAZELWOOD**
                             **& WERTH, LLP**


                             By */s/ Dale L. Allen, Jr. (as auth. 11/5/2024)*____
                                      Dale L. Allen, Jr.
                                      Ameet Patel
                                      Attorneys for Defendants
                                      CITY OF REDDING, GARRET MAXWELL, and
                                      MATTHEW BRUCE